IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

RE: PATRICIA J. BAKER     CASE NO. 6:10-bk-75076

## NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN BEFORE CONFIRMATION

    You are hereby notified that the captioned Debtor has filed the attached Modification to the Plan pursuant to 11 U.S.C. § 1323 and Rule 3015 of the Rules of Bankruptcy Procedure. Objections to the Plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within 21 days from the date of this notice, with copies to the counsel for the Debtors and Jack Gooding, PO Box 8202, Little Rock, AR 72221.

    If objections to the Plan as modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

Date: March 3, 2011

/s/ Marc Honey
**Marc Honey, 86091**
**Honey Law Firm, P.A.**
**1311 Central Avenue**
**PO Box 1254**
**Hot Springs, AR 71901**
**(501) 321-1007**
**(501) 321-1255 Fax**

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Jack Gooding, Trustee | Internal Revenue Service |
| P. O. Box 8202 | Special Procedures Staff |
| Little Rock, AR 72221 | Stop 5700-700 W. Capitol Ave. |
| | Little Rock, AR. 72201 |
| U.S. Attorney (Eastern District) | |
| P.O. Box 1229 | |
| Little Rock, AR. 72203 | Legal Department |
| | Employment Security Division |
| U.S. Attorney (Western District) | P.O. Box 2981 |
| P.O. Box 1524 | Little Rock, AR. 72203 |
| Fort Smith, AR. 72902 | |

and to all creditors whose names appear on the creditor matrix.

/s/ Marc Honey
**Marc Honey**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

**RE: PATRICIA J. BAKER**  CASE NO. 6:10-bk-75076

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**M O D I F I C A T I O N   O F   C H A P T E R   1 3   P L A N**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ..

Comes now the Debtor by and through her attorneys, Honey Law Firm, P.A., and for her modification to the original or modified Chapter 13 Plan state:

1. **PAYMENT TO THE TRUSTEE:**

   THE DEBTORS PROPOSE TO PAY $155.00 PER MONTH TO THE TRUSTEE.

   [Indicate how often the Debtor is paid by checking the appropriate box below:]
   ( ) Weekly;  ( ) Bi-Weekly;  ( ) Semi-Monthly;  (XX) Monthly or ( ) Other

2. **THE PLAN LENGTH** shall remain the same.

   A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months. Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3. **UNSECURED CREDITORS** are to be paid a pro-rata dividend.

   **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **MODIFIED TREATMENT OF EXISTING CREDITORS**

   The following **CHANGES** are to be made to each creditor as set out below:

   | **CREDITOR NAME** | **CHANGE IN TREATMENT\CLASSIFICATION** |
   |---|---|
   | Arkansas Federal Credit Union | The secured claim of $6,875.30 for the 2007 PT Cruiser shall be paid at 6% interest in monthly installments of $132.92. The creditor shall receive adequate protection payments in the amount of $33.23. |

5. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

6.     **ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN SHALL REMAIN THE SAME.**

Date: March 3, 2011                  /s/ Marc Honey
                                             **Marc Honey, 86091**
                                             **Honey Law Firm, P.A.**
                                             **1311 Central Avenue**
                                             **PO Box 1254**
                                             **Hot Springs, AR. 71901**
                                             **(501) 321-1007**
                                             **(501) 321-1255 Fax**